**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mary Ann Fabrizio<br>Richard M. Fabrizio Sr.<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 11-16690 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT, and index same on the master mailing list.

Re: Loan # Ending In: 8750

                                                         Respectfully submitted,

                                                         **/s/Joshua I. Goldman, Esquire**
                                                         Joshua I. Goldman, Esquire
                                                         Thomas Puleo, Esquire
                                                         KML Law Group, P.C.
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106-1532
                                                         (215) 825-6306  FAX (215) 825-6406