# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 11-16690-ELF

RICHARD M. FABRIZIO SR
MARY ANN FABRIZIO

3708 WORTHINGTON ROAD
COLLEGEVILLE, PA 19426

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RICHARD M. FABRIZIO SR
    MARY ANN FABRIZIO

    3708 WORTHINGTON ROAD
    COLLEGEVILLE, PA 19426

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

                                              /S/ William C. Miller

Date: 8/1/2016                                      _____
                                                      William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee