*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Richard M. Fabrizio, Sr. and
Mary Ann Fabrizio
    Debtor(s)

Case No: 11–16690–elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection By Debtor TO Certification Of Default Of Wilmington Savings Fund Society, FSB doing business as Christiana Trust, not in its individual capacity but soley as legal title Trustee for BCAT 2014–9TT

    on: 11/3/16

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/21/16

Timothy B. McGrath
Clerk of Court

195 – 194
Form 167