United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard M. Fabrizio, Sr.
Mary Ann Fabrizio
    Debtors

Case No. 11-16690-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG        Page 1 of 2        Date Rcvd: Oct 21, 2016
                     Form ID: 167        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
```
db/jdb         Richard M. Fabrizio, Sr.,   Mary Ann Fabrizio,   3708 Worthington Road,
                Collegeville, PA  19426-3432
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr             +VIST Bank,    c/o George T. Faris IV, Esq.,    Hartman Shurr,
                1100 Berkshire Boulevard, Suite 301,    P. O. Box 5828,    Wyomissing, PA 19610-5828
cr             +VIST Bank fka Madison Bank, a division of Leesport,    c/o Charles N. Shurr, Jr., Esquire,
                Hartman Shurr,    1100 Berkshire Blvd., Suite 301,    P.O. Box 5828,    Wyomissing, PA 19610-5828
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcy.bnc@ditech.com Oct 22 2016 02:17:20     Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL  60055-0049
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 22 2016 02:18:14      Jefferson Capital Systems LLC,
                 PO BOX 7999,    ST CLOUD, MN  56302-9617
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2016 02:12:44
                 Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2016 02:41:39
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/Text: blegal@phfa.org Oct 22 2016 02:18:04     Pennsylvania Housing Finance Agency,
                 201 N. Front Street,    Harrisburg, PA 17101-1406
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2016 02:13:17     Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              C/O Shellpoint Mortgage Servicing,    PO Box 10826
cr              Shellpoint Mortgage Servicing
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
```
              ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Mary Ann Fabrizio scarafone@comcast.net,
               ascarafone@gmail.com
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Richard M. Fabrizio, Sr. scarafone@comcast.net,
               ascarafone@gmail.com
              ANN E. SWARTZ    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC,
               its trustee ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital
               Partners, LLC, its trustee ecfmail@mwc-law.com
              CHARLES N. SHURR, JR.    on behalf of Creditor    VIST Bank fka Madison Bank, a division of
               Leesport Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                   Date Rcvd: Oct 21, 2016
                              Form ID: 167                 Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          CHARLES N. SHURR, JR.    on behalf of Creditor    VIST Bank cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          GEORGE T. FARIS, IV    on behalf of Creditor    VIST Bank cshurr@HartmanShurr.com,
           jcoombs@hartmanshurr.com;dgabala@hartmanshurr.com;jkrallis@hartmanshurr.com
          JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., As Successor et. al.
           paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
           business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
           2014-9TT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
           business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
           for BCAT 2014-9TT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KERI P EBECK    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
           kebeck@weltman.com,    jbluemle@weltman.com
          KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
          MICHAEL J. SHAVEL    on behalf of Creditor    BSI Financial Services, Inc. mshavel@hillwallack.com,
           mosbeck@hillwallack.com;tcarlin@hillwallack.com
          MICHAEL J. SHAVEL    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners,
           LLC, its trustee mshavel@hillwallack.com,   mosbeck@hillwallack.com;tcarlin@hillwallack.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    BSI Financial Services, Inc. paeb@fedphe.com
          PETER J. MULCAHY    on behalf of Creditor    BANK OF AMERICA paeb@fedphe.com
          RYAN C. THOMPSON    on behalf of Creditor    VIST Bank fka Madison Bank, a division of Leesport
           Bank cshurr@HartmanShurr.com,    jcoombs@HartmanShurr.com;dgabala@HartmanShurr.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services: successor by merger to Wells Fargo Dealer Services, Inc. f/k/a Wachovia Dealer
           Services, Inc. mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                             TOTAL: 27
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Richard M. Fabrizio, Sr. and
Mary Ann Fabrizio
        Debtor(s)

Case No: 11–16690–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection By Debtor TO Certification Of Default Of Wilmington Savings Fund Society, FSB doing business as Christiana Trust, not in its individual capacity but soley as legal title Trustee for BCAT 2014–9TT

on: 11/3/16

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/21/16

Timothy B. McGrath
Clerk of Court

195 – 194
Form 167