# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mary Ann Fabrizio<br>           Richard M. Fabrizio Sr.<br>                    Debtor | CHAPTER 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT, its successors and/or assigns<br>                    Moving Party<br>           vs. | NO. 11-16690 ELF |
| Mary Ann Fabrizio<br>Richard M. Fabrizio Sr.<br>                    Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certificate of Default of WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT, which was filed with the Court on or about **October 19, 2016**.

                                                            Respectfully submitted,

                                                            **/s/ Joshua I. Goldman, Esquire**
                                                            Joshua I. Goldman, Esquire
                                                            Attorneys for Movant/Applicant
                                                            KML Law Group, P.C.
                                                            Main Number: (215) 627-1322

November 2, 2016