United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-16690-elf
Richard M. Fabrizio, Sr.                                        Chapter 13
Mary Ann Fabrizio
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: Dec 12, 2016
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
13150984        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage,    P.O. Box 619096,    Dallas, TX  75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
          ALBERT J. SCARAFONE, JR.   on behalf of Debtor Richard M. Fabrizio, Sr. scarafone@comcast.net,
          ascarafone@gmail.com
          ALBERT J. SCARAFONE, JR.   on behalf of Joint Debtor Mary Ann Fabrizio scarafone@comcast.net,
          ascarafone@gmail.com
          ANN E. SWARTZ   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC,
          its trustee ecfmail@mwc-law.com,   ecfmail@mwc-law.com
          ANN E. SWARTZ   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital
          Partners, LLC, its trustee ecfmail@mwc-law.com
          CHARLES N. SHURR, JR.   on behalf of Creditor   VIST Bank fka Madison Bank, a division of
          Leesport Bank cshurr@kozloffstoudt.com,
          jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          CHARLES N. SHURR, JR.   on behalf of Creditor   VIST Bank cshurr@kozloffstoudt.com,
          jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          GEORGE T. FARIS, IV   on behalf of Creditor   VIST Bank cshurr@HartmanShurr.com,
          jcoombs@hartmanshurr.com;dgabala@hartmanshurr.com;jkrallis@hartmanshurr.com
          JEROME B. BLANK   on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor   BANK OF AMERICA jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   Bank of America, N.A., As Successor et. al.
          paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
          business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
          2014-9TT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pennsylvania Housing Finance Agency
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
          business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
          for BCAT 2014-9TT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          KERI P EBECK   on behalf of Creditor   Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
          kebeck@weltman.com,  jbluemle@weltman.com
          KRISTEN D. LITTLE   on behalf of Creditor   Nationstar Mortgage, LLC. pabk@logs.com
          LEEANE O. HUGGINS   on behalf of Creditor   Nationstar Mortgage, LLC. pabk@logs.com
          MICHAEL J. SHAVEL   on behalf of Creditor   BSI Financial Services, Inc. mshavel@hillwallack.com,
          mosbeck@hillwallack.com;tcarlin@hillwallack.com
          MICHAEL J. SHAVEL   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners,
          LLC, its trustee mshavel@hillwallack.com,  mosbeck@hillwallack.com;tcarlin@hillwallack.com

District/off: 0313-2          User: JeanetteG          Page 2 of 2          Date Rcvd: Dec 12, 2016
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    BSI Financial Services, Inc. paeb@fedphe.com
          PETER J. MULCAHY     on behalf of Creditor    BANK OF AMERICA paeb@fedphe.com
          RYAN C. THOMPSON     on behalf of Creditor    VIST Bank fka Madison Bank, a division of Leesport
           Bank cshurr@HartmanShurr.com,  jcoombs@HartmanShurr.com;dgabala@HartmanShurr.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services: successor by merger to Wells Fargo Dealer Services, Inc. f/k/a Wachovia Dealer
           Services, Inc. mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                              TOTAL: 27

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-16690-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard M. Fabrizio, Sr.
3708 Worthington Road
Collegeville PA 19426-3432

Mary Ann Fabrizio
3708 Worthington Road
Collegeville PA 19426-3432

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/09/2016.

Name and Address of Alleged Transferor(s):

Claim No. 26: Nationstar Mortgage, P.O. Box 619096, Dallas, TX  75261-9741

Name and Address of Transferee:

Deutsche Bank National Trust Company, as Trustee
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/14/16

Tim McGrath
**CLERK OF THE COURT**