UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Richard M. Fabrizio, Sr. and Mary Ann Fabrizio,<br>　　　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>11-16690/ELF |
| Nationstar Mortgage LLC as servicer for Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust 2004-11 Mortgage Loan Pass-Through Certificates, Series 2004-11,<br>　　　　Movant,<br>v.<br><br>Richard M. Fabrizio, Sr. and Mary Ann Fabrizio,<br>　　Respondents/Debtors,<br><br>William C. Miller<br>　　Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust 2004-11 Mortgage Loan Pass-Through Certificates, Series 2004-11's Motion for Relief from the Automatic Stay filed with the Court on February 15, 2017.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 20, 2017　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:15-051104　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　pabk@logs.com