United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-16690-elf
Richard M. Fabrizio, Sr.                                              Chapter 13
Mary Ann Fabrizio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 4          Date Rcvd: Apr 18, 2017
                              Form ID: 138NEW         Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
```
db/jdb         Richard M. Fabrizio, Sr.,    Mary Ann Fabrizio,    3708 Worthington Road,
                 Collegeville, PA 19426-3432
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX 75063)
cr             +VIST Bank,   c/o George T. Faris IV, Esq.,    Hartman Shurr,
                 1100 Berkshire Boulevard, Suite 301,    P. O. Box 5828,    Wyomissing, PA 19610-5828
cr             +VIST Bank fka Madison Bank, a division of Leesport,    c/o Charles N. Shurr, Jr., Esquire,
                 Hartman Shurr,    1100 Berkshire Blvd., Suite 301,    P.O. Box 5828,    Wyomissing, PA 19610-5828
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
12528973        Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA 19422-3372
12578900        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12528975        Apple Credit Account,    Card Services,    PO Box 13337,    Philadellphia, PA 19101-3337
12528977       +Aspire VISA,    Payment Processing,    P.O. Box 105555,    Atlanta, GA 30348-5555
12528976        Aspire VISA,    Payment Processing,    P.O. Box 790317,    St. Louis, MO 63179-0317
12528979       +BAC Home Loans Servicing,    7105 Corporate Drive,    Dallas, TX 75024-4100
12576910       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13464848       +BSI Financial Services, Inc.,    7500 Old Georgetown Road,    Bethesda, MD 20814-6133
12770692        Bank of America, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
12529085        Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
12528980      +++Bank of America Retail Payment Services,    P.O. Box 660933,    Dallas, Texas 75266-0933
12579420       +Bank of America, N.A., BK Dept.,    Mail Stop TX2-92-03-03,,    7105 Corporate Drive,
                 Plano, TX 75024-4100
12528981       +Barclays,   P.O. Box 8833,    Wilmington, DE 19899-8833
12528994      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,    Prcocessing Center,
                 Des Moines, IA 50364-0500)
12528982        Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
12573705        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
12528983       +Captal One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
12528984        Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
12528986        Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
12565631        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12528987        Client Services, Inc.,    P.O. Box 1503,    St. Peters, MO 63373-0027
13835262       +Deutsche Bank National Trust Company, as Trustee,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
12528989        Dress Barn,    PO Box 659704,    San Antonio, TX 78265-9704
12528991        FNB Omaha,    1620 Dodge Street,    Omaha, NE 68197-0003
12528990        Firstsource Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
12528992       +Global Acceptance Credit Co.,    5850 W Interstae 20,    Suite 100,    Arlington, TX 76017-1071
12528993        Hayt, Hayt & Landau, LLC,    123 S. Broad Street,    Suite 1660,    Philadelphia, PA 19109-1003
12528995       +JP Morgan Chase Bank,    111 E. Wisconsin Avenue,    6th Floor, WI1-4030,
                 Milwaukee, WI 53202-4815
12528996       +MRS Associates, Inc.,    1930 Olney Avenue,    Cherry Hiill, NJ 08003-2016
12528997        National Action Financial Serv,    PO Box 9027,    Williamsville, NY 14231-9027
13498751       +Nationstar Mortgage,    P.O. Box 619096,    Dallas, TX 75261-9094
12528998        Northstar,    4285 Genese Street,    Cheektowaga, NY 14225-1943
12529001       +Redline Recovery Services, LLC,    11675 Rainwater Drive,    Suite 350,
                 Alpharetta, GA 30009-8693
12529002        Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
12529004        TJX Rewards,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
12529003        The Limited,    P.O. Box 659728,    San Antonio, TX 78265-9728
12529006       +VIST Bank,    P.O. Box 741,    Leesport, PA 19533-0741
12614778       +VIST Bank fka Leesport Bank and its division, Madi,    c/o George T. Faris, IV, Esquire,
                 Hartman Shurr,    1100 Berkshire Blvd., Suite 301,    P.O. Box 5828,    Wyomissing, PA 19610-5828
13743080       +Ventures Trust 2013-I-H-R by MCM Capital Partners,    7500 Old Georgetown Road, Suite 1300,
                 Bethesda, MD 20814-6198
12529007        Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
12529008        Wells Fargo Financial Services,    P.O. Box 660041,    Dallas, TX 75266-0041
12529009        Wells Fargo Financial Services,    P.O. Box 98795,    Las Vegas, NV 89193-8795
13571568        Wilmington Savings Fund Society, FSB,    60 Livingston Avenue, St. Paul MN 55107
12529010        World Financial Network,    PO Box 182273,    Columbus, OH 43218-2273
13753823        c/o -BCAT 2014-9TT,    Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 19 2017 01:23:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
```

```
District/off: 0313-2          User: JeanetteG               Page 2 of 4                   Date Rcvd: Apr 18, 2017
                              Form ID: 138NEW               Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2017 01:22:42
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2017 01:22:59      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2017 01:27:21
                  Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 01:27:48
                  PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/Text: blegal@phfa.org Apr 19 2017 01:22:52       Pennsylvania Housing Finance Agency,
                  201 N. Front Street,    Harrisburg, PA 17101-1406
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2017 01:19:16       Portfolio Investments I LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
12534035       +E-mail/Text: EBNProcessing@afni.com Apr 19 2017 01:22:54       Afni, Inc.,    PO Box 3667,
                  Bloomington, IL 61702-3667
12538566        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2017 01:27:21
                  American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                  Oklahoma City, OK  73124-8848
12528978        E-mail/Text: legal@arsnational.com Apr 19 2017 01:22:37       Associated Recovery Systems,
                  P.O. Box 469046,   Escondido, CA  92046-9046
12558020       +E-mail/Text: bncmail@w-legal.com Apr 19 2017 01:22:55       CANDICA, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12528988       +E-mail/Text: synovusbankruptcy@synovus.com Apr 19 2017 01:23:10       Columbus Bank & Trust,
                  1148 Broadway,    Columbus, GA 31901-2429
13067057        E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2017 01:22:36       Green Tree Servicing LLC,
                  PO Box 0049,   Palatine, IL 60055-0049
13023355        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 19 2017 01:22:55      JEFFERSON CAPITAL SYSTEMS LLC,
                  PO BOX 7999,   ST CLOUD MN 56302
12933936        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2017 01:27:32      Midland Funding LLC,
                  by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12528972       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 19 2017 01:22:51
                  Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                  Philadelphia, PA 19107-4405
12529000        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 01:27:22
                  Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA  23541
12576172        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 01:27:21
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13426649       +E-mail/Text: blegal@phfa.org Apr 19 2017 01:22:52       Pennsylvania Housing Finance Agency,
                  211 North Front Street,    Harrisburg, PA 17101-1406
12528999        E-mail/Text: nod.referrals@fedphe.com Apr 19 2017 01:22:31       Phelan, Hallinan & Schmeig,
                  1 Penn Ctr @ Suburban Station,    1617 JFK Boulevard, Suite 1400,
                  Philadelphia, PA  19103-1814
12567074        E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2017 01:19:07       Portfolio Investments I LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12598537        E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2017 01:22:37
                  Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
12561181        E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2017 01:19:07
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
12585700        E-mail/Text: appebnmailbox@sprint.com Apr 19 2017 01:22:50       Sprint Nextel Correspondence,
                  Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
12529005       +E-mail/Text: bnc@alltran.com Apr 19 2017 01:22:31       United Recovery Systems, Inc.,
                  5800 North Course Drive,    Houston, TX 77072-1613
12556909        E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2017 01:22:37
                  World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              C/O Shellpoint Mortgage Servicing,    PO Box 10826
cr              Deutsche Bank National Trust Company, as Trustee f
cr              Shellpoint Mortgage Servicing
cr*             Green Tree Servicing LLC,    PO Box 0049,    Palatine, IL  60055-0049
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
12529078*       Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA  19422-3372
12529079*      +American Express,    P.O. Box 6618,    Omaha, NE 68106-0618
12529080*       Apple Credit Account,    Card Services,    PO Box 13337,    Philadellphia, PA  19101-3337
12529081*      +Aspire VISA,    Payment Processing,    P.O. Box 105555,    Atlanta, GA 30348-5555
12529082*       Aspire VISA,    Payment Processing,    P.O. Box 790317,    St. Louis, MO  63179-0317
12529083*       Associated Recovery Systems,    P.O. Box 469046,    Escondido, CA  92046-9046
12529084*      +BAC Home Loans Servicing,    7105 Corporate Drive,    Dallas, TX 75024-4100
12579574*      +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
12529086*      +Barclays,    P.O. Box 8833,    Wilmington, DE 19899-8833
```

```
District/off: 0313-2          User: JeanetteG          Page 3 of 4          Date Rcvd: Apr 18, 2017
                              Form ID: 138NEW          Total Noticed: 76


              ***** BYPASSED RECIPIENTS (continued) *****
12529099*        ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                   (address filed with court: Home Depot Credit Services,   Prcocessing Center,
                    Des Moines, IA 50364-0500)
12529087*         Capital One Bank,   P.O. Box 71083,   Charlotte, NC  28272-1083
12529088*        +Captal One Bank,    P.O. Box 71083,   Charlotte, NC 28272-1083
12529091*         Chase,   P.O. Box 15153,   Wilmington, DE  19886-5153
12528985*         Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE  19886-5153
12529089*         Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE  19886-5153
12529090*         Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE  19886-5153
12529092*         Client Services, Inc.,   P.O. Box 1503,   St. Peters, MO  63373-0027
12529093*        +Columbus Bank & Trust,   1148 Broadway,   Columbus, GA 31901-2429
12529094*         Dress Barn,   PO Box 659704,   San Antonio, TX  78265-9704
12529096*         FNB Omaha,   1620 Dodge Street,   Omaha, NE  68197-0003
12529095*         Firstsource Advantage, LLC,   PO Box 628,   Buffalo, NY  14240-0628
12529097*        +Global Acceptance Credit Co.,   5850 W Interstae 20,   Suite 100,   Arlington, TX 76017-1071
12529098*         Hayt, Hayt & Landau, LLC,   123 S. Broad Street,   Suite 1660,   Philadelphia, PA  19109-1003
12529100*        +JP Morgan Chase Bank,   111 E. Wisconsin Avenue,   6th Floor, WI1-4030,
                    Milwaukee, WI 53202-4815
12529101*        +MRS Associates, Inc.,   1930 Olney Avenue,   Cherry Hiill, NJ 08003-2016
12528971*         Mary Ann Fabrizio,   3708 Worthington Road,   Collegeville, PA  19426-3432
12529076*         Mary Ann Fabrizio,   3708 Worthington Road,   Collegeville, PA  19426-3432
13150984*        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                   (address filed with court: Nationstar Mortgage,   P.O. Box 619096,   Dallas, TX  75261-9741)
12529102*         National Action Financial Serv,   PO Box 9027,   Williamsville, NY  14231-9027
12529103*         Northstar,   4285 Genese Street,   Cheektowaga, NY  14225-1943
12529077*        +Office of the United States Trustee,   833 Chestnut Street,   Suite 501,
                    Philadelphia, PA 19107-4405
12529105*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery Associates,   P.O. Box 12914,
                    Norfolk, VA  23541)
12529104*         Phelan, Hallinan & Schmeig,   1 Penn Ctr @ Suburban Station,   1617 JFK Boulevard, Suite 1400,
                    Philadelphia, PA  19103-1814
12529106*        +Redline Recovery Services, LLC,   11675 Rainwater Drive,   Suite 350,
                    Alpharetta, GA 30009-8693
12528970*         Richard M. Fabrizio, Sr.,   3708 Worthington Road,   Collegeville, PA  19426-3432
12529075*         Richard M. Fabrizio, Sr.,   3708 Worthington Road,   Collegeville, PA  19426-3432
12529107*         Sears Credit Cards,   P.O. Box 183082,   Columbus, OH  43218-3082
12529109*         TJX Rewards,   Cardmember Service,   PO Box 15153,   Wilmington, DE  19886-5153
12529108*         The Limited,   P.O. Box 659728,   San Antonio, TX  78265-9728
12529110*        +United Recovery Systems, Inc.,   5800 North Course Drive,   Houston, TX 77072-1613
12529111*        +VIST Bank,   P.O. Box 741,   Leesport, PA 19533-0741
12529112*         Wells Fargo Dealer Services,   P.O. Box 25341,   Santa Ana, CA  92799-5341
12529114*         Wells Fargo Financial Services,   P.O. Box 660041,   Dallas, TX  75266-0041
12529113*         Wells Fargo Financial Services,   P.O. Box 98795,   Las Vegas, NV  89193-8795
12529115*         World Financial Network,   PO Box 182273,   Columbus, OH  43218-2273
12528974         ##+American Express,   P.O. Box 6618,   Omaha, NE 68106-0618
12570844         ##Global Acceptance Credit Company, LP,   P.O. Box 172800,   Arlington, TX  76003-2800
                                                                                             TOTALS: 3, * 47, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JeanetteG              Page 4 of 4                  Date Rcvd: Apr 18, 2017
                              Form ID: 138NEW              Total Noticed: 76
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Mary Ann Fabrizio scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Richard M. Fabrizio, Sr. scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ANN E. SWARTZ    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC,
               its trustee ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital
               Partners, LLC, its trustee ecfmail@mwc-law.com
              CHARLES N. SHURR, JR.    on behalf of Creditor    VIST Bank fka Madison Bank, a division of
               Leesport Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              CHARLES N. SHURR, JR.    on behalf of Creditor    VIST Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              GEORGE T. FARIS, IV    on behalf of Creditor    VIST Bank cshurr@HartmanShurr.com,
               jcoombs@hartmanshurr.com;dgabala@hartmanshurr.com;jkrallis@hartmanshurr.com
              JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., As Successor et. al.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               kebeck@weltman.com,    jbluemle@weltman.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
              MICHAEL J. SHAVEL    on behalf of Creditor    BSI Financial Services, Inc. mshavel@hillwallack.com,
               mosbeck@hillwallack.com;tcarlin@hillwallack.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners,
               LLC, its trustee mshavel@hillwallack.com,    mosbeck@hillwallack.com;tcarlin@hillwallack.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    BSI Financial Services, Inc. paeb@fedphe.com
              PETER J. MULCAHY    on behalf of Creditor    BANK OF AMERICA paeb@fedphe.com
              RYAN C. THOMPSON    on behalf of Creditor    VIST Bank fka Madison Bank, a division of Leesport
               Bank cshurr@HartmanShurr.com,    jcoombs@HartmanShurr.com;dgabala@HartmanShurr.com
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services: successor by merger to Wells Fargo Dealer Services, Inc. f/k/a Wachovia Dealer
               Services, Inc. mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                                 TOTAL: 29
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard M. Fabrizio, Sr. and Mary Ann Fabrizio

       Debtor(s)                                       Bankruptcy No: 11−16690−elf

                                                          Chapter: 13

_____

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                            For The Court

                                                             Timothy B. McGrath
                                                             Clerk of Court

Dated: 4/18/17

                                                                                                       212 − 211
                                                                                                   Form 138_new