STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br><br>Mary Ann Fabrizio<br>Richard M. Fabrizio, Sr. | Chapter 13<br><br>Case Number: 11-16690-ELF |
|---|---|

**NOTICE OF APPEARANCE**

    Wilmington Savings Fund Society[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
***STERN & EISENBERG, PC***
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 16TH DAY OF MAY, 2017.

                By:    /s/William E. Miller, Esquire
                      ☑ William E. Miller, Esquire
                      Stern & Eisenberg, PC
                      1581 Main Street, Suite 200
                      The Shops at Valley Square
                      Warrington, PA 18976
                      Phone: (215) 572-8111
                      Facsimile: (215) 572-5025
                      Bar Number: 308951
                      wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT.
2  The current Servicer of this loan is New Penn Financial, LLC D/B/A Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 3708 Worthington Rd, Collegeville, PA 19426.

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Mary Ann Fabrizio
3708 Worthington Rd
Collegeville, PA 19426
and
Richard M. Fabrizio, Sr.
3708 Worthington Rd
Collegeville, PA 19426

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Albert J. Scarafone, Esquire
1717 Swede Road
Suite 200
Blue Bell, PA 19422

    Respectfully Submitted:

    Stern & Eisenberg, PC

By:    /s/ William E. Miller, Esquire
    ☑ William E. Miller, Esquire
    Stern & Eisenberg, PC
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976
    Phone: (215) 572-8111
    Facsimile: (215) 572-5025
    Bar Number: 308951
    wmiller@sterneisenberg.com

Date: May 16, 2017