United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-16690-elf
Richard M. Fabrizio, Sr.                                                  Chapter 13
Mary Ann Fabrizio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: May 26, 2017
                              Form ID: 3180W           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db/jdb          Richard M. Fabrizio, Sr.,   Mary Ann Fabrizio,   3708 Worthington Road,
                 Collegeville, PA 19426-3432
12770692        Bank of America, N.A.,   P.O. Box 660933,   Dallas, Texas 75266-0933
12528980       +++Bank of America Retail Payment Services,   P.O. Box 660933,   Dallas, Texas  75266-0933
13835262       +Deutsche Bank National Trust Company, as Trustee,   Nationstar Mortgage LLC,   PO Box 619096,
                 Dallas, TX 75261-9096
12614778       +VIST Bank fka Leesport Bank and its division, Madi,   c/o George T. Faris, IV, Esquire,
                 Hartman Shurr,   1100 Berkshire Blvd., Suite 301,   P.O. Box 5828,   Wyomissing, PA 19610-5828
13743080       +Ventures Trust 2013-I-H-R by MCM Capital Partners,   7500 Old Georgetown Road, Suite 1300,
                 Bethesda, MD 20814-6198
13753823        c/o -BCAT 2014-9TT,   Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 27 2017 01:13:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 27 2017 01:12:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 27 2017 01:12:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12534035       +EDI: AFNIRECOVERY.COM May 27 2017 01:03:00     Afni, Inc.,   PO Box 3667,
                 Bloomington, IL 61702-3667
12578900        EDI: BECKLEE.COM May 27 2017 01:03:00     American Express Bank, FSB,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
12538566        EDI: AIS.COM May 27 2017 01:03:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
12558020       +EDI: OPHSUBSID.COM May 27 2017 01:03:00     CANDICA, LLC,   C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12573705        EDI: CAPITALONE.COM May 27 2017 01:03:00     Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,   PO Box 71083,   Charlotte, NC  28272-1083
13067057        E-mail/Text: bankruptcy.bnc@ditech.com May 27 2017 01:11:47     Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL 60055-0049
13023355        EDI: JEFFERSONCAP.COM May 27 2017 01:03:00     JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
                 ST CLOUD MN 56302
12933936        EDI: AIS.COM May 27 2017 01:03:00     Midland Funding LLC,   by American InfoSource LP as agent,
                 PO Box 4457,   Houston, TX  77210-4457
12576172        EDI: PRA.COM May 27 2017 01:03:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
13426649       +E-mail/Text: blegal@phfa.org May 27 2017 01:12:36     Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
12598537        EDI: Q3G.COM May 27 2017 01:03:00     Quantum3 Group LLC as agent for,
                 World Financial Network National Bank,   PO Box 788,   Kirkland, WA  98083-0788
12585700        EDI: NEXTEL.COM May 27 2017 01:03:00     Sprint Nextel Correspondence,   Attn Bankruptcy Dept,
                 PO Box 7949,   Overland Park KS 66207-0949
12556909        EDI: Q3G.COM May 27 2017 01:03:00     World Financial Network National Bank,
                 Quantum3 Group LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: May 26, 2017
                              Form ID: 3180W           Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:

```
          ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Mary Ann Fabrizio scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          ALBERT J. SCARAFONE, JR.    on behalf of Debtor Richard M. Fabrizio, Sr. scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          ANN E. SWARTZ    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC,
           its trustee ecfmail@mwc-law.com,  ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital
           Partners, LLC, its trustee ecfmail@mwc-law.com
          CHARLES N. SHURR, JR.    on behalf of Creditor    VIST Bank fka Madison Bank, a division of
           Leesport Bank cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          CHARLES N. SHURR, JR.    on behalf of Creditor    VIST Bank cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          GEORGE T. FARIS, IV    on behalf of Creditor    VIST Bank cshurr@HartmanShurr.com,
           jcoombs@hartmanshurr.com;dgabala@hartmanshurr.com;jkrallis@hartmanshurr.com
          JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., As Successor et. al.
           paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
           business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
           2014-9TT bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
           business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
           for BCAT 2014-9TT bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KERI P EBECK    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
           kebeck@weltman.com,  jbluemle@weltman.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
          MICHAEL J. SHAVEL    on behalf of Creditor    BSI Financial Services, Inc. mshavel@hillwallack.com,
           mosbeck@hillwallack.com;tcarlin@hillwallack.com
          MICHAEL J. SHAVEL    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners,
           LLC, its trustee mshavel@hillwallack.com,  mosbeck@hillwallack.com;tcarlin@hillwallack.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    BSI Financial Services, Inc. paeb@fedphe.com
          PETER J. MULCAHY    on behalf of Creditor    BANK OF AMERICA paeb@fedphe.com
          RYAN C. THOMPSON    on behalf of Creditor    VIST Bank fka Madison Bank, a division of Leesport
           Bank cshurr@HartmanShurr.com,  jcoombs@HartmanShurr.com;dgabala@HartmanShurr.com
          THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
           CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services: successor by merger to Wells Fargo Dealer Services, Inc. f/k/a Wachovia Dealer
           Services, Inc. mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 30
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Richard M. Fabrizio Sr.** | Social Security number or ITIN  xxx–xx–4629 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Ann Fabrizio** | Social Security number or ITIN  xxx–xx–7326 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **11–16690–elf** | |

# Order of Discharge                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Richard M. Fabrizio Sr.　　　　　　　　　　　　Mary Ann Fabrizio

　　<u>5/25/17</u>　　　　　　　　　　　　　　　　　　**By the court:**　<u>Eric L. Frank</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

　　♦ debts that are domestic support obligations;

　　♦ debts for most student loans;

　　♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**