United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-16690-elf
Richard M. Fabrizio, Sr.                                        Chapter 13
Mary Ann Fabrizio
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG          Page 1 of 2              Date Rcvd: May 30, 2017
                            Form ID: 195             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db/jdb         Richard M. Fabrizio, Sr.,    Mary Ann Fabrizio,    3708 Worthington Road,
                 Collegeville, PA 19426-3432
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr             +VIST Bank,   c/o George T. Faris IV, Esq.,    Hartman Shurr,
                 1100 Berkshire Boulevard, Suite 301,    P. O. Box 5828,    Wyomissing, PA 19610-5828
cr             +VIST Bank fka Madison Bank, a division of Leesport,    c/o Charles N. Shurr, Jr., Esquire,
                 Hartman Shurr,    1100 Berkshire Blvd., Suite 301,    P.O. Box 5828,    Wyomissing, PA 19610-5828
cr             +WILMINGTON SAVINGS FUND SOCIETY, Et Al...,    Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3400
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com May 31 2017 00:46:18      Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL  60055-0049
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com May 31 2017 00:46:33      Jefferson Capital Systems LLC,
                 PO BOX 7999,   ST CLOUD, MN  56302-9617
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:54:45
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 00:54:58
                 PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr             +E-mail/Text: blegal@phfa.org May 31 2017 00:46:31      Pennsylvania Housing Finance Agency,
                 201 N. Front Street,    Harrisburg, PA 17101-1406
cr              E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:49:13      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              C/O Shellpoint Mortgage Servicing,    PO Box 10826
cr              Deutsche Bank National Trust Company, as Trustee f
cr              Shellpoint Mortgage Servicing
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Mary Ann Fabrizio scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Richard M. Fabrizio, Sr. scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ANN E. SWARTZ    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC,
               its trustee ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital
               Partners, LLC, its trustee ecfmail@mwc-law.com

```
District/off: 0313-2          User: JeanetteG               Page 2 of 2                  Date Rcvd: May 30, 2017
                              Form ID: 195                  Total Noticed: 12


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              CHARLES N. SHURR, JR.   on behalf of Creditor    VIST Bank fka Madison Bank, a division of
               Leesport Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              CHARLES N. SHURR, JR.   on behalf of Creditor    VIST Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              GEORGE T. FARIS, IV   on behalf of Creditor    VIST Bank cshurr@HartmanShurr.com,
               jcoombs@hartmanshurr.com;dgabala@hartmanshurr.com;jkrallis@hartmanshurr.com
              JEROME B. BLANK   on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., As Successor et. al.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               kebeck@weltman.com,  jbluemle@weltman.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
              MICHAEL J. SHAVEL    on behalf of Creditor    BSI Financial Services, Inc. mshavel@hillwallack.com,
               mosbeck@hillwallack.com;tcarlin@hillwallack.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners,
               LLC, its trustee mshavel@hillwallack.com,  mosbeck@hillwallack.com;tcarlin@hillwallack.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    BSI Financial Services, Inc. paeb@fedphe.com
              PETER J. MULCAHY    on behalf of Creditor    BANK OF AMERICA paeb@fedphe.com
              RYAN C. THOMPSON    on behalf of Creditor    VIST Bank fka Madison Bank, a division of Leesport
               Bank cshurr@HartmanShurr.com,  jcoombs@HartmanShurr.com;dgabala@HartmanShurr.com
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services: successor by merger to Wells Fargo Dealer Services, Inc. f/k/a Wachovia Dealer
               Services, Inc. mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 30
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Richard M. Fabrizio, Sr. and Mary Ann Fabrizio          : Case No. 11−16690−elf
    Debtor(s)

## *ORDER*
_____

AND NOW, this day , May 30, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

217
Form 195